

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00123-CV

Michael **MIDDLETON**,
Appellant

v.

**TEMPLETON MORTGAGE CORPORATION** and Gary M. Poenisch,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 10-422
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of appeal are taxed against appellant.

SIGNED January 13, 2021.

_____
Liza A. Rodriguez, Justice